# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WILLIE G. HEARD,

       Plaintiff,                             Case Number: 05-72541

v.                                           JUDGE PAUL D. BORMAN
                                                  UNITED STATES DISTRICT COURT

JOSEPH ROCHA, ROBERT KOZLOWSKI,
THOMAS DAWSON, TONY DAVIS, and
VERA MASSEY JONES,

       Defendants.
_____ /

## **OPINION AND ORDER DENYING PLAINTIFF'S MOTION TO COMPEL**

On June 27, 2005, Plaintiff Willie G. Heard initiated this action by filing a civil rights complaint under 42 U.S.C. § 1983. On July 13, 2005, the Court dismissed the complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) because the complaint was frivolous, failed to state a claim for which relief could be granted, and named defendants who were immune from a suit for money damages.

On January 30, 2009, Plaintiff filed the instant motion to compel. (Doc. No. 13). Because Plaintiff's complaint has been dismissed, Plaintiff does not have standing to compel discovery.

Accordingly, the Court **DENIES** Plaintiff's motion to compel.

SO ORDERED.

1

          S/Paul D. Borman
          PAUL D. BORMAN
          UNITED STATES DISTRICT JUDGE

Dated: July 1, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 1, 2009.

          S/Denise Goodine
          Case Manager